IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTAL BAILEY ET AL.                                                    PLAINTIFFS

V.                                               CIVIL ACTION NO. 4:04cv124-TSL-LRA

LOCKHEED MARTIN CORPORATION AND
LOCKHEED MARTIN AERONAUTICAL SYSTEMS
COMPANY                                                                   DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This Court, having been advised by Plaintiffs Henry Odom and Dorothy Odom and Defendants Lockheed Martin Corporation and Lockheed Martin Aeronautical Systems Company that a compromise settlement between these parties has been reached, is of the opinion that there is good cause for entry of the foregoing Agreed Final Judgment of Dismissal With Prejudice, and that there is no just reason for delaying entry of this Judgment.

IT IS THEREFORE ORDERED that any and all claims asserted by Plaintiffs Henry Odom and Dorothy Odom against Defendants Lockheed Martin Corporation and Lockheed Martin Aeronautical Systems Company are DISMISSED WITH PREJUDICE, with each listed party paying its own costs and expenses of the litigation, including attorneys' fees.

SO ORDERED this the 12th day of February 2007.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE

AGREED TO:


__s/William E. Ready__
Attorney for Plaintiffs Henry Odom and
Dorothy Odom


__s/Robert B. Ireland, III__
Attorney for Defendants Lockheed
Martin Corporation and Lockheed Martin
Aeronautical Systems Company