IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTAL BAILEY, ET AL.                                                                PLAINTIFFS

V.                                                       CIVIL ACTION NO. 4:04cv124TSL-LRA

LOCKHEED MARTIN CORPORATION AND
LOCKHEED MARTIN AERONAUTICAL SYSTEMS COMPANY,              DEFENDANTS

## ORDER

This Court has been advised by the parties that compromise settlements of all claims asserted by the following Plaintiffs have been reached:

| | | | |
|---|---|---|---|
| 1. | Warren Brookshire | 11. | Larry McCoy |
| 2. | Oscar Coleman | 12. | Linda McCoy |
| 3. | Sylvester Conley | 13. | Cathy Mumford |
| 4. | Harlan Crowther | 14. | Gloria Ruffin |
| 5. | Fred Dozier | 15. | Zebbie Scott |
| 6. | Sayle Johnson | 16. | Luke Steele |
| 7. | Bryant Jones | 17. | Booker Steverson |
| 8. | James Kornegay | 18. | Wallace Wilson |
| 9. | Walter Lewis | 19. | Melvin Young |
| 10. | Donald Lloyd | | |

IT IS THEREFORE ORDERED that any and all claims asserted by the Plaintiffs listed herein are DISMISSED WITHOUT PREJUDICE to the right of any party to reopen the case within sixty (60) days, and the Court further retains jurisdiction to enforce the settlement. Once the settlement is finalized, the parties are directed to submit a final judgment of dismissal with prejudice.

SO ORDERED, this the 24th day of April, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Presented by:


   s/Robert B. Ireland, III
Counsel for Lockheed Martin Corporation and
Lockheed Martin Aeronautical Systems Company