IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTAL BAILEY ET AL.                                                                              PLAINTIFFS

V.                                                         CIVIL ACTION NO. 4:04cv124TSL-LRA

LOCKHEED MARTIN CORPORATION AND
LOCKHEED MARTIN AERONAUTICAL SYSTEMS
COMPANY                                                                                              DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

On August 26, 2005, and July 10, 2006, the Court dismissed the state law claims asserted by all forty-six (46) Plaintiffs in this action. As to the following Plaintiffs, who did not assert any other claims, the Court elected not to enter final judgment at that time:

| | | | |
|---|---|---|---|
| 1. | Tommy Bailey | 15. | Christopher Nause |
| 2. | Barbara Bailey | 16. | Houston Neal |
| 3. | John Bowden | 17. | Gary Philyaw |
| 4. | Cheryl Bowden | 18. | Johnny Pilgrim |
| 5. | Richard Burrows | 19. | Mark Quinn |
| 6. | Wendy Burrows | 20. | Lewis Sells |
| 7. | Brad Bynum | 21. | Jeffrey Shelton |
| 8. | Rebecca Bynum | 22. | Dennis Smith |
| 9. | Mark Haggard | 23. | Gerald Wayne Smith |
| 10. | Roxan Haggard | 24. | Thomas Spadt |
| 11. | Ron Christoper Hudnall | 25. | Sandra Spadt |
| 12. | Joseph Kaulfers | 26. | Tony Thompson |
| 13. | Karen Kaulfers | 27. | Kristina Thompson |
| 14. | Mike Melton | | |

Since the additional claims asserted by the other Plaintiffs in this action have now been resolved, the Court is of the opinion there is good cause for entry of the foregoing Final Judgment of Dismissal With Prejudice as to the twenty-seven (27) Plaintiffs listed above, and that there is no just reason for delaying entry of this Judgment.

IT IS THEREFORE ORDERED that, for the reasons set forth in orders dated August 26, 2005, and July 10, 2006, any and all claims asserted by the twenty-seven (27) Plaintiffs listed herein as against Defendants Lockheed Martin Corporation and Lockheed Martin Aeronautical Systems Company are DISMISSED WITH PREJUDICE and JUDGMENT is hereby ENTERED in favor of Defendants, with each listed party paying its own costs and expenses of the litigation, including attorneys' fees.

SO ORDERED this the 24th day of April, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

Presented By:

s/Robert B. Ireland, III
Attorney for Defendants Lockheed
Martin Corporation and Lockheed Martin
Aeronautical Systems Company