IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTAL BAILEY, ET AL.                                                                         PLAINTIFFS

V.                                                                  CIVIL ACTION NO. 4:04cv124TSL-LRA

LOCKHEED MARTIN CORPORATION AND
LOCKHEED MARTIN AERONAUTICAL SYSTEMS COMPANY                DEFENDANTS

**AGREED ORDER**

This case is before the Court on the joint motion of Plaintiffs Warren Brookshire, Oscar Coleman, Sylvester Conley, Harlan Crowther, Fred Dozier, Sayle Johnson, Bryant Jones, James Kornegay, Walter Lewis, Donald Lloyd, Larry McCoy, Linda McCoy, Cathy Mumford, Gloria Ruffin, Zebbie Scott, Luke Steele, Booker Steverson, Wallace Wilson and Melvin Young, and Defendant Lockheed Martin Corporation for additional time to finalize the compromise settlements that have been reached. The Court's April 24, 2007, order dismissed the claims of the listed plaintiffs without prejudice to the right of any party to re-open the case within sixty (60) days. The parties were further directed to submit final judgments of dismissal with prejudice once the settlements were finalized. The parties have now made a joint request for twenty-one (21) additional days to work to complete the settlements.

By agreement of the parties, and upon good cause having been shown, the Court is of the opinion that the joint motion of the parties is due to be, and hereby is, GRANTED. IT IS THEREFORE ORDERED that the parties have twenty-one (21) days from today to submit final judgments of dismissal with prejudice or, if necessary, to re-open the case.

SO ORDERED, this the 21st day of June, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Presented by:

  s/William E. Ready
William E. Ready
Counsel for Plaintiffs

  s/Robert B. Ireland, III
Robert B. Ireland, III
Counsel for Lockheed Martin Corporation and
Lockheed Martin Aeronautical Systems Company