IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

**U.S. COURT OF APPEALS**
**FILED**
**JUL 0 9 2007**
**CHARLES R. FULBRUGE III**
**CLERK**

No. 07-60399

TOMMY BAILEY; BARBARA BAILEY; JOHN BOWDEN; CHERYL BOWDEN; RICHARD BURROWS; WENDY BURROWS; BRADLEY BYNUM; REBECCA BYNUM; MARK HAGGARD; ROXAN HAGGARD; JOSEPH KAULFERS; KAREN KAULFERS; MIKE MELTON; CHRISTOPHER NAUSE; HOUSTON NEAL; MARK QUINN; JEFFREY SHELTON; SANDRA SPADT; THOMAS SPADT; TONY THOMPSON; KRISTINA THOMPSON; GARY PHILYAW; JOHNNY PILGRIM; LEWIS SELLS; GERALD WAYNE SMITH; RON CHRISTOPHER HUDNALL; ESTATE OF DENNIS SMITH

Plaintiffs - Appellants

v.

LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN AERONAUTICAL SYSTEMS COMPANY

Defendants - Appellees

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**JUL 17 2007**
**J. T. NOBLIN, CLERK**
**BY_____ DEPUTY**

---

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

---

O R D E R:

IT IS ORDERED that the joint motion to view the portions of the record filed under seal, in accordance with the protective order entered by District Court is granted.

IT IS FURTHER ORDERED that the joint motion of the parties to extend time to file their briefs from the ruling on the motion to view sealed documents is granted.

MOT-21

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
7/9/07

_____
W. EUGENE DAVIS
UNITED STATES CIRCUIT JUDGE