IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTAL BAILEY, ET AL.                                                    PLAINTIFFS

CIVIL ACTION NO. 4:04cv124TSL-LRA

LOCKHEED MARTIN CORPORATION AND
LOCKHEED MARTIN AERONAUTICAL SYSTEMS COMPANY,            DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This Court, having been advised by the Plaintiffs listed below and by Defendants Lockheed Martin Corporation and Lockheed Martin Aeronautical Systems Company that compromise settlements between these parties have been finalized, is of the opinion that there is good cause for entry of the foregoing Agreed Final Judgment of Dismissal with Prejudice, and that there is no just reason for delaying entry of this Judgment:

| | | | | |
|---|---|---|---|---|
| 1. | Warren Brookshire | | 11. | Donald Lloyd |
| 2. | Marsha Brookshire | | 12. | Larry McCoy |
| 3. | Oscar Coleman | | 13. | Linda McCoy |
| 4. | Sylvester Conley | | 14. | Cathy Mumford |
| 5. | Harlan Crowther | | 15. | Gloria Ruffin |
| 6. | Fred Dozier | | 16. | Zebbie Scott |
| 7. | Sayle Johnson | | 17. | Luke Steele |
| 8. | Bryant Jones | | 18. | Booker Steverson |
| 9. | James Kornegay | | 19. | Wallace Wilson |
| 10. | Walter Lewis | | 20. | Melvin Young |

IT IS THEREFORE ORDERED that any and all claims asserted by the listed Plaintiffs against Defendants Lockheed Martin Corporation and Lockheed Martin Aeronautical Systems Company are DISMISSED WITH PREJUDICE, with each listed party paying its own costs and expenses of the litigation, including attorneys' fees.

SO ORDERED, this the 19th day of July, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Presented by:

s/William E. Ready
William E. Ready
Attorney for Plaintiffs,
Warren Brookshire, Marsha Brookshire
Oscar Coleman Sylvester Conley,
Harlan Crowther, Fred Dozier, Sayle Johnson
Bryant Jones, James Kornegay
Walter Lewis, Donald Lloyd
Larry McCoy, Linda McCoy
Cathy Mumford, Gloria Ruffin
Zebbie Scott, Luke Steele
Booker Steverson, Wallace Wilson and
Melvin Young


s/Robert B. Ireland, III
Robert B. Ireland, III
Attorney for Defendants,
Lockheed Martin Corporation and
Lockheed Martin Aeronautical Systems Company